IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00116-W

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) WATERFRONT GROUP NC, LLC, et. al., ) ) Defendants. ) ) | CONSENT ORDER GRANTING PARTIAL SUMMARY JUDGMENT |

THIS MATTER is before the Court on the parties' Joint Motion for Entry of Consent Decree Granting Partial Summary Judgment (Doc. No. 38). The parties in this action, Plaintiff International Fidelity Insurance Company ("IFIC"), and Defendants Waterfront Group NC, LLC, Waterfront Group, Inc., Waterfront Group FL, LLC, Waterfront Group, LLC, Adkins Land Group, Inc., Four Seasons Landscaping of North Carolina, Inc., Landstar Development, LLC, William N. Adkins and Mark R. Adkins (collectively, the "Defendants") (IFIC and the Defendants shall be collectively referred to as the "Parties"), jointly request the Court for the entry of a Consent Decree Granting Partial Summary Judgment pursuant to the terms below. For the reasons in the parties' motion, the Court GRANTS the motion.

IT IS THEREFORE ORDERED:

1. Each of the Defendants hereby admits liability in this action. The Defendants admit that they are liable to IFIC on both causes of action, the First Cause of Action for Breach of Contract/Specific Performance – Failure to Post Collateral Security, and the Second Cause of Action for Breach of Contract – Failure to Exonerate and to Indemnify.

2. Partial summary judgment is entered in favor of IFIC and against each and every one of the

Defendants on the two causes of action holding that the Defendants are jointly and severally liable to IFIC on the two causes of action.

3. The only issue remaining for adjudication is the amount to which IFIC is entitled in damages.

Signed: April 16, 2012

Frank D. Whitney
United States District Judge

**CONSENTED TO BY**:

**RAYBURN COOPER & DURHAM, P.A.**

/s/ David S. Melin
David S. Melin
227 West Trade Street, Suite 1200
Charlotte, NC 28202
Phone: 704-334-0891
Fax: 704-377-1897
dmelin@rcdlaw.net

*Counsel for Defendants Waterfront Group NC, LLC, Waterfront Group, Inc., Waterfront Group FL, LLC, Waterfront Group, LLC, Adkins Land Group, Inc., Four Seasons Landscaping of North Carolina, Inc., Landstar Development, LLC, William N. Adkins and Mark R. Adkins*

**SHUMAKER, LOOP & KENDRICK, LLP**

/s/ William H. Sturges
William H. Sturges
128 South Tryon Street, Suite 1800
Charlotte, NC 28202
Phone: (704) 945-2163
Fax: (704) 332-1197
wsturges@slk-law.com

*Counsel for Plaintiff International Fidelity Insurance Company*