# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:11-cv-00116-W

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) ) vs. ) ) WATERFRONT GROUP NC, LLC, et. al., ) ) Defendants. ) ) | ORDER STAYING LITIGATION |

THIS MATTER is before the Court on the parties' joint motion for entry of an order staying litigation (Doc. No. 40). All parties in this action, Plaintiff International Fidelity Insurance Company ("IFIC"), and Defendants Waterfront Group NC, LLC, Waterfront Group, Inc., Waterfront Group FL, LLC, Waterfront Group, LLC, Adkins Land Group, Inc., Four Seasons Landscaping of North Carolina, Inc., Landstar Development, LLC, William N. Adkins and Mark R. Adkins (collectively, the "Defendants") (IFIC and the Defendants shall be collectively referred to as the "Parties"), have jointly moved the Court for the entry of an Order staying the above-captioned litigation. Having considered the Motion and the record in this Case, and good cause appearing, the Court GRANTS the motion.

IT IS THEREFORE ORDERED:

1. The above-captioned matter and the Case Management Order deadlines therein, including trial, are hereby stayed pending further order of this Court.

2. The Court may revoke the stay sua sponte, and any party may move to have the stay revoked upon good cause shown.

3. Every ninety (90) days following entry of this Order, the Parties are hereby

instructed to file a Joint Status Report setting forth the status of the Project and estimated time needed by the Parties to prepare for trial, if reasonably capable of being estimated. The Court will then undertake to review the Status Report and the stay will be continued without further action of the Court provided that the Court is informed and believes that good cause continues to exist for the stay to remain in place.

IT IS SO ORDERED.

Signed: May 1, 2012

Frank D. Whitney
United States District Judge