# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:11-cv-00116-W

| | | |
|---|---|---|
| **INTERNATIONAL FIDELITY** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER CONTINUING STAY** |
| **vs.** | ) | |
| | ) | |
| **WATERFRONT GROUP NC, LLC, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

THIS MATTER is before the Court on the parties' filing of a joint status report (Doc. No. 42) in accordance with a prior order of this Court staying this matter (Doc. No. 41). The parties indicate they are making progress towards resolution of this case and anticipate entering into a contract to complete the remaining infrastructure work to be performed within the next sixty (60) days. The parties further state that "Once a contract is entered into for all remaining infrastructure work, the parties will be in a better position to determine a completion date for this work and the costs related to the work." (Doc. No. 42, p. 2).

IT IS THEREFORE ORDERED that this matter will be stayed for an additional NINETY (90) DAYS. On or before Wednesday, October 31, 2012, the parties shall file a Joint Status Report setting forth the status of the Project. The Court will then undertake to review the Status Report and at that time, will determine whether good cause continues to exist for the stay to remain in place. The Court hereby gives notice to the parties that it will review further requests for a stay with great scrutiny, particularly because it appears that parties are able to enter into contracts within sixty (60) days and should be able to evaluate a trial on damages at that time. The parties and counsel should

be prepared for trial in this matter to be scheduled in November 2012, with a specific date and time to be later set by the Court.

IT IS SO ORDERED.

Signed: August 2, 2012

Frank D. Whitney
United States District Judge