# United States District Court
# For The Western District of North Carolina
# Charlotte Division

International Fidelity Insurance Company,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                 3:11cv116

Waterfront Group NC, LLC, et al,

       Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 7, 2012 Order.

                                            Signed: November 8, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court